IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER W. DALLUM,

        Petitioner,                  JUDGMENT IN A CIVIL CASE

v.                                       Case No. 11-cv-67-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Christopher W. Dallum's motion for postconviction relief under 28 U.S.C. § 2255 is DENIED.


_Peter Oppeneer_                                3/21/11
Peter Oppeneer, Clerk of Court                Date